3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:21-cr-20340<br>Judge: Roberts, Victoria A.<br>MJ: Stafford, Elizabeth A. |
| Plaintiff, | Filed: 05-19-2021 At 09:29 AM<br>INDI USA V. LONG (DA) |
| v. | Violations:<br>18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| D-1 DAMON LONG, | |
| Defendant. | |
| _____ / | |

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES:

**<u>COUNT ONE</u>**
**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

D-1 DAMON LONG

On or about May 11, 2021, in the Eastern District of Michigan, the defendant, DAMON LONG, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a Taurus Model G2C 9mm pistol, serial number: ABH79529, and a Glock 19 Gen. 5 9mm pistol, serial number: BNSM186, said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant DAMON LONG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/Andrew R. Picek*
ANDREW R. PICEK
Assistant United States Attorney

Dated: May 19, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S[heet] | Case: 2:21-cr-20340<br>Judge: Roberts, Victoria A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 05-19-2021 At 09:29 AM<br>INDI USA V. LONG (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

## Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _AP_ |

**Case Title:** USA v. Damon Long

**County where offense occurred:** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30219  ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 19, 2021
Date

Andrew R. Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9652
Fax:   313-226-5464
E-Mail address: andrew.picek@usdoj.gov
Attorney Bar #: OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.